UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JOHN ERIK CHRISTENSEN, | : | Civil Action No. |
| Complainant | : | 3:20-cv-00856 (RNC) |
| v. | : | |
| UNIVERSITY OF BRIDGEPORT. | : | |
| Respondent | : | FEBRUARY 23, 2021 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED, between the parties identified in the case caption, through their counsel whom the parties have authorized to execute this Stipulation, that the above-captioned action be dismissed, with prejudice, and with no attorneys' fees or costs to any party.

Respectfully submitted:

| PLAINTIFF, | DEFENDANT, |
|---|---|
| JOHN ERIK CHRISTENSEN | UNIVERSITY OF BRIDGEPORT |

By:*/s/Michael C. McMinn*  
Michael C. McMinn (ct267169)  
The McMinn Employment Law Firm, LLC  
1000 Lafayette Blvd., Suite 1100  
Bridgeport, CT 06604  
Tel: (203) 683-6007  
michael@mcminnemploymentlaw.com

By:*/s/ Justin E. Theriault*  
Justin Theriault (ct28568)  
Jackson Lewis P.C.  
90 State House Square, 8th Floor  
Hartford, CT 06103  
Tel: (860) 522-0404  
Fax: (860) 247-1330  
justin.theriault@jacksonlewis.com

**CERTIFICATION OF SERVICE**

I hereby certify that on February 23, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Justin E. Theriault*
Justin E. Theriault